IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MAE CAMERON, individually and as representative for a class of similar Montanans,<br><br>Plaintiff,<br><br>vs.<br><br>THOMSON INTERNATIONAL, INC.,<br><br>Defendants. | CV 21-17-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on Defendant Thomson International, Inc.'s Motion to Dismiss for lack of personal jurisdiction on July 19, 2021. (Doc. 17). The Magistrate found that the Court lacks personal jurisdiction over the Defendant and recommended Thomson's motion be granted. (Doc. 17 at 18).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

1

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 17) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that Thomson's Motion to Dismiss (Doc. 2) is GRANTED, and its alternative requestion to transfer venue is DENIED as moot.

DATED this 4th day of August, 2021.

SUSAN P. WATTERS
United States District Judge