UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MAE CAMERON, Individually and as representative for a class of similar Montanans,<br><br>Plaintiff,<br><br>vs.<br><br>THOMSON INTERNATIONAL, INC,<br><br>Defendant. | Case No. CV-21-17 -BLG-SPW<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      **Judgment entered in favor of Defendant against Plaintiff.**

*Thomson's Motion to Dismiss (Doc. 2) is GRANTED, and its alternative requestion to transfer venue is DENIED as moot.*

Dated this 5th day of August, 2021.

                TYLER P. GILMAN, CLERK

                By: /s/ A. Carrillo
                      Deputy Clerk